ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 3 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANETTE TOMARCHIO and,
MICHAEL TOMARCHIO,

    Plaintiffs,

v.

WAL-MART STORES EAST, LP
(DELAWARE), WAL-MART STORES
EAST, INC., WAL-MART STORES,
INC., and JOHN DOE,

    Defendants.

CIVIL ACTION FILE
NO: _____

1:08-CV-3307-GET

## NOTICE OF REMOVAL

COMES NOW, Defendants Wal-Mart Stores East, LP (Delaware), Wal-Mart Stores East, Inc., and Wal-Mart Stores, Inc., erroneously named (Defendants' proper designation being Wal-Mart Stores East, LP), in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiffs filed suit in the State Court of Clayton County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 2008-CV-09995D. Plaintiffs' claims against Defendants include allegations of negligence.

2.

Plaintiffs filed the Complaint on or about October 3, 2008. Defendants Wal-Mart

Stores East, LP (Delaware), Wal-Mart Stores East, Inc., and Wal-Mart Stores, Inc. received service of summons and a copy of the Complaint on October 7, 2008. Defendants Wal-Mart Stores East, LP (Delaware), Wal-Mart Stores East, Inc., and Wal-Mart Stores, Inc. file this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Wal-Mart Stores East, LP (Delaware) is a Delaware limited partnership with its principal place of business in the State of Arkansas. Defendant Wal-Mart Stores East, Inc. Is an Arkansas corporation with its principal place of business in the State of Arkansas. Defendant Wal-Mart Stores, Inc. Is a Delaware corporation with its principal place of business in the State of Arkansas. Neither Wal-Mart Stores East, LP (Delaware), Wal-Mart Stores East, Inc., nor Wal-Mart Stores, Inc. were citizens of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter.

4.

Plaintiffs Danette Tomarchio and Michael Tomarchio are citizens of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiffs and Defendants Wal-Mart Stores East, LP (Delaware), Wal-Mart Stores East, Inc., and Wal-Mart Stores, Inc.

6.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiffs and Defendants Wal-Mart Stores East, LP

(Delaware), Wal-Mart Stores East, Inc., and Wal-Mart Stores, Inc.

7.

Plaintiff Danette Tomarchio claims she severely and permanently injured her right wrist when it was allegedly flexed backwards and "popped". See Plaintiffs' Complaint ¶12. Plaintiff Danette Tomarchio alleges she suffered physical and mental injuries that were "painful, disabling, and permanent in nature and will suffer physically and mentally in the future for the remainder of her life." See id., ¶13. Plaintiff Danette Tomarchio claims she has incurred medical bills and expenses to date in an amount no less than $42,383.99, and will incur future medical and related bills and expenses. See id., ¶14. As a result of this incident, Plaintiff Danette Tomarchio claims she "lost a significant portion of her ability to labor and earn money and her earning capacity was greatly reduced." See id., ¶15.

8.

As a result of the information contained in the previous paragraph, Plaintiffs' claims for damages exceed the $75,000 jurisdictional threshold.

9.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendants, including copies of all pleadings that have been filed to date in the State Court of Clayton County, Georgia for the above-styled case.

10.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

11.

Written notice of the filing of this Notice of Removal will be given to all parties as

required by 28 U.S.C. § 1446.

12.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Clayton County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

McLAIN & MERRITT, P.C.

_____
Albert J. DeCusati
Georgia Bar No. 215610
Attorney for Defendants

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
(404) 364-3138 (Fax)
adecusati@mclain-merritt.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing **NOTICE OF REMOVAL** upon Plaintiff by depositing same in the United States Mail in envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:

> David J. Llewellyn, Esq.
> Johnson & Ward
> 2100 The Equitable Building
> 100 Peachtree Street, N.W.
> Atlanta, Georgia 30303-1912

This the 21 day of October, 2008.

McLAIN & MERRITT, P.C.

_____
Albert J. DeCusati
Georgia Bar No. 215610
Attorney for Defendants

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
(404) 364-3138 (Fax)
adecusati@mclain-merritt.com